UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CASE NO: 2:21-cv-10251-SJM-APP

**FELICIA TOWNSEND,**
individually and on behalf of all
others similarly situated,                             **CLASS ACTION**

     Plaintiff,                                                    **JURY TRIAL DEMANDED**

v.

**LAVENDER LINGERIE LLC**
**d/b/a SAVAGE X FENTY,**

     Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Felicia Townsend, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.  All claims of Plaintiff Felicia Townsend, individually, are hereby dismissed <u>without</u> prejudice.  All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Dated: February 19, 2021

                                                Respectfully submitted,

                                                */s/ Manuel S. Hiraldo*
                                                Manuel S Hiraldo
                                                HIRALDO P.A.
                                                401 E. Las Olas Boulevard
                                                Suite 1400
                                                Ft. Lauderdale, FL 33301
                                                954-400-4713
                                                Email:
                                                mhiraldo@hiraldolaw.com